**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN KRONMEYER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC, a foreign corporation,<br><br>Defendant. | **CASE NO.: 2:21-cv-00080-JAD-NJK**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 28 |

Plaintiff, BRIAN KRONMEYER, ("Plaintiff"), and Defendant, FEDEX FREIGHT, INC. ("Defendant") by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

Page **1** of **2**

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

| | |
|---|---|
| Dated: August 13, 2021 | Dated: August 13, 2021 |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Jenny L. Foley<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>REX MARTINEZ, ESQ.<br>Nevada Bar No. 15277<br>E-mail: rmartinez@hkm.com<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 805-8340<br>Facsimile: (702) 805-8340 | By: /s/ Amy L. Howard<br>AMY L. HOWARD, ESQ.<br>Nevada Bar No. 13946<br>Wells Fargo Tower<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV 89169<br><br>DONALD H. SNOOK (admitted pro hac vice)<br>8285 Tournament Drive, 2nd Floor<br>Memphis, TN 38125 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

Based on the parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021